# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| DESTINY MIRANDA SUDDUTH, ) | |
| Petitioner, ) | |
| v. ) | Case No. 7:20-cv-01058-LSC-JHE |
| WARDEN GARRETT, ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on March 4, 2021, recommending that the court **DENY** Destiny Miranda Sudduth's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. 2241. (Doc. 13). Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, the court has not received objections.

Having carefully reviewed and considered the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Sudduth's petition for a writ of habeas corpus is **DENIED**, and the Respondent's motion for summary judgment is **GRANTED**.

By separate order, the court will dismiss this action.

**DONE** and **ORDERED** on March 31, 2021March 31, 2021.

_____
L. Scott Coogler
United States District Judge

160704